FILED
CLERK, U.S. DISTRICT COURT
January 8, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOHLKE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUST CAPITAL FUNDING, LLC, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No. 2:18-cv-05786-SJO-JEM<br><br>**ORDER TO DISMISS PLAINTIFF PREJUDICE AND CLASS CLAIMS**<br><br>Complaint Filed: July 2, 2018 |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named plaintiff Robert Bohlke, and without prejudice as to the putative class alleged in the complaint, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its/his own costs and attorneys' fees.

Dated: January 8, 2019

*S. James Otero*
_____
HON. S. JAMES OTERO

[Proposed] Order to Dismiss - 1